### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

MATTHEW P. MONTANO and
JULIET MONTANO,

    Plaintiffs,

vs.                                                           No. 1:18-CV-00072 JCH/LF

BOARD OF TRUSTEES OF THE
SOUTHWEST MULTI-CRAFT HEALTH
AND WELFARE TRUST FUND, SOUTHWEST
SERVICE ADMINISTRATORS, INC.,
LOVELACE HEALTH SYSTEM, INC.,
and CONVERGENT REVENUE CYCLE
MANAGEMENT, INC.,

    Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Parties' Stipulation of Dismissal With Prejudice. The Court FINDS that the Stipulation is well-taken and should be accepted.

IT IS THEREFORE ORDERED that this action be, and hereby is, dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

                                                               **JUDITH C. HERRERA**
                                                               **UNITED STATES DISTRICT JUDGE**